| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1: | Mark S. Pantaleo<br>First Name   Middle Name   Last Name | Social Security number or ITIN: | xxx–xx–3612 |
| | | EIN: | _ _ – _ _ _ _ _ _ _ |
| Debtor 2:<br>(Spouse, if filing) | Donnamarie Pantaleo<br>First Name   Middle Name   Last Name | Social Security number or ITIN: | xxx–xx–6203 |
| | | EIN: | _ _ – _ _ _ _ _ _ _ |
| United States Bankruptcy Court: District of New Jersey | | Date case filed for chapter: | 7    5/17/19 |
| Case number: 19–20072–ABA | | | |

Official Form 309A (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

**Undeliverable notices will be sent by return mail to the debtor. It is the debtor's responsibility to obtain the party's correct address, resend the returned notice, and notify this office of the party's change of address. Failure to provide all parties with a copy of this notice may adversely affect the debtor as provided by the Bankruptcy Code.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Mark S. Pantaleo | Donnamarie Pantaleo |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 54 Ardmore Avenue<br>Runnemede, NJ 08078 | 54 Ardmore Avenue<br>Runnemede, NJ 08078 |
| 4. | **Debtor's attorney**<br>Name and address | David A. Thatcher<br>Thatcher, Passarella, & Thatcher<br>128 Ganttown Road<br>Turnersville, NJ 08012 | Contact phone 856–232–3270 |
| 5. | **Bankruptcy trustee**<br>Name and address | Joseph Marchand<br>117–119 West Broad St.<br>PO Box 298<br>Bridgeton, NJ 08302 | Contact phone (856) 451–7600 |

**For more information, see page 2 >**

| | | |
|---|---|---|
| **6. Bankruptcy clerk's office** <br><br> Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. (800) 676–6856 | 401 Market Street <br> Camden, NJ 08102 <br><br> Additional information may be available at the Court's Web Site: <br> www.njb.uscourts.gov. | Hours open: 8:30 AM – 4:00 p.m., Monday – Friday (except holidays) <br><br> Contact phone 856–361–2300 <br><br> Date: 5/18/19 |
| **7. Meeting of creditors** <br><br> **Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so.** <br><br> All individual debtors must provide picture identification and proof of social security number to the trustee at the meeting of creditors. Failure to do so may result in your case being dismissed. | **July 1, 2019 at 12:00 PM** <br><br> The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location: <br><br> **Mitchell H. Cohen U.S. Courthouse, 400 Cooper Street, Room 2200, Camden, NJ 08101** |
| **8. Presumption of abuse** <br><br> If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9. Deadlines** <br><br> The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:** <br><br> **You must file a complaint:** <br> • if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or <br> • if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6). <br><br> **You must file a motion:** <br> • if you assert that the discharge should be denied under § 727(a)(8) or (9). <br><br> **WRITING A LETTER TO THE COURT OR THE JUDGE IS NOT A SUBSTITUTE FOR FILING AN ADVERSARY COMPLAINT OBJECTING TO DISCHARGE OR DISCHARGEABILITY. IN NO CIRCUMSTANCE WILL WRITING A LETTER PROTECT YOUR RIGHTS.** | **Filing deadline: 8/30/19** |
| | **Deadline to object to exemptions:** <br> The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Proof of claim** <br><br> Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |

| | |
|---|---|
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. |

```
                                United States Bankruptcy Court
                                     District of New Jersey
In re:                                                                   Case No. 19-20072-ABA
Mark S. Pantaleo                                                         Chapter 7
Donnamarie Pantaleo
      Debtors
                                       CERTIFICATE OF NOTICE
District/off: 0312-1           User: admin                  Page 1 of 2                  Date Rcvd: May 20, 2019
                               Form ID: 309A                Total Noticed: 42


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 22, 2019.
db/jdb         +Mark S. Pantaleo,    Donnamarie Pantaleo,    54 Ardmore Avenue,     Runnemede, NJ 08078-1701
518252697     #+Allied Intersate, LLC,    2290 Agate Court,    Unit A1,    Simi Valley, CA 93065-1935
518252698      +Apex Management, LLC,    2501 Oregon Pike,    Suite 102,    Lancaster, PA 17601-4890
518252699      +Barnsdale Associates, LLC,    221 W. Langhorne Avenue,     Bethlehem, PA 18017-3714
518252705       CARECENTRIX,   PO BOX 277947,    Atlanta, GA 30384-7947
518252706      +Chase Bank USA, N.A.,    PO Box 1280,    Oaks, PA 19456-1280
518252708      +Christopher T. Spadoni, Esquire,    PO Box 522,    1413 Easton Avenue,    Bethlehem, PA 18018-2618
518252709      +Cooper Medical,    3 Cooper Plaza,    Camden, NJ 08103-1439
518252713      +Karen M. Murray, Esquire,    4002 Sylon Boulevard,    Hainesport, NJ 08036-3732
518252714       Laboratory Corporation of America,    PO Box 2240,    Burlington, NC 27216-2240
518252720      +MRS BPO, L.L.C.,    1930 Olney Avenue,    Cherry Hill, NJ 08003-2016
518252716     #+McCalla Raymer Leibert Pierce, LLC,    99 Wood Avenue,    Iselin, NJ 08830-2713
518252717     #+Merchant Source, Inc.,    110 Jericho Turnpike,    Suite 212,    Floral Park, NY 11001-2019
518252718      +Monarch Recovery Management, Inc.,    3260 Tillman Drive, Suite 75,    Bensalem, PA 19020-2059
518252719      +Mr. Cooper,   8950 Cypress Waters Blvd.,     Coppell, TX 75019-4620
518252722      +Nationwide Financial,    One Nationwide Plaza,    1-11-401,    Columbus, OH 43215-2239
518252723      +Oxford Health Plans, Inc.,    c/o Andrew J. Selkow,    Morgan Bornstein & Morgan,
                 1236 Brace Road, Suite K,    Cherry Hill, NJ 08034-3229
518252724       Patsy Spadaflora,    9 Concourse Road,    Neptune, NJ 07753
518252725       Quality Asset Recovery, LLC,    PO Box 239,    Gibbsboro, NJ 08026-0239
518252726      +R&B Debris, LLC,    4002 Sylon Boulevard,    Hainesport, NJ 08036-3732
518252732      +TVT 2.0. LLC,    881 BAXTER DRIVE,    SUITE 100,   South Jordan, UT 84095-8506
518252730      +Transportation Services & Equipment, LLC,    5900 Sylon Boulevard,    Hainesport, NJ 08036-8610
518252731      +Transunion Consumer Relations,    2 Baldwin Place,    PO Box 1000,    Chester, PA 19016-1000
518252733      +United Collection Bureau, Inc.,    5620 Southwyck Boulevard,    Suite 206,
                 Toledo, OH 43614-1501
518252734      +Vader Servicing,    5 West 37th Street,    2nd Floor,   New York, NY 10018-5385
518252736       WEX BANK,   PO BOX 6293,    Carol Stream, IL 60197-6293
518252735      +Weber Gallagher Simpson Stapleton Fires,     & Newby, LLP,    2000 Market Street    13th Floor,
                 Philadelphia, PA 19103-3204

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty            E-mail/Text: dthatcher@thatcherpassarella.com May 21 2019 00:32:17      David A. Thatcher,
                 Thatcher, Passarella, & Thatcher,    128 Ganttown Road,    Turnersville, NJ  08012
tr            +EDI: QJDMARCHAND.COM May 21 2019 03:58:00      Joseph Marchand,    117-119 West Broad St.,
                 PO Box 298,   Bridgeton, NJ 08302-0228
smg            E-mail/Text: usanj.njbankr@usdoj.gov May 21 2019 00:33:15      U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 21 2019 00:33:12      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
518252700      E-mail/Text: info@chcollects.com May 21 2019 00:33:59      C&H Collection Services, Inc.,
                 PO Box 1399,   Merchantville, NJ 08109-0399
518252701     +E-mail/Text: bkdept@cancapital.com May 21 2019 00:32:25      CAN Capital Assert Servicing, Inc.,
                 2015 Vaughn Road,    Building 500,    Kennesaw,   Kennesaw, GA 30144-7831
518252702      EDI: CAPITALONE.COM May 21 2019 03:58:00      Capital One,    PO Box 6492,
                 Carol Stream, IL 60197-6492
518252704      EDI: CAPITALONE.COM May 21 2019 03:58:00      Capital One Services, LLC,    PO Box 30285,
                 Salt Lake City, UT 84130-0285
518252710      EDI: RCSFNBMARIN.COM May 21 2019 03:58:00      Credit One Bank,    PO Box 60500,
                 City of Industry, CA 91716-0500
518252711     +E-mail/Text: bankruptcies@halstedfinancial.com May 21 2019 00:33:48
                 Halsted Financial Services, LLC,    PO Box 828,    Skokie, IL 60076-0828
518252712      EDI: IRS.COM May 21 2019 03:58:00      Internal Revenue Service,    PO Box 931000,
                 Louisville, KY 40293-1000
518252715     +E-mail/Text: n.gong@mantisfunding.com May 21 2019 00:32:22      Mantis Funding, LLC,
                 64 Beaver Street,    #344,   New York, NY 10004-2508
518252727     +E-mail/Text: jennifer.chacon@spservicing.com May 21 2019 00:34:01
                 Select Portfolio Servicing,    3217 S. Decker Lake Drive,    Salt Lake City, UT 84119-3284
518252728      EDI: RMSC.COM May 21 2019 03:58:00      Synchrony Bank,    PO Box 965004,
                 Orlando, FL 32896-5004
518252729      EDI: RMSC.COM May 21 2019 03:58:00      Synchrony Bank/Sam’s Club,    PO Box 965004,
                 Orlando, FL 32896-5004
                                                                                              TOTAL: 15

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518252703*      Capital One,   PO Box 6492,    Carol Stream, IL 60197-6492
518252707*     +Chase Bank USA, N.A.,    PO Box 1280,    Oaks, PA 19456-1280
518252721*     +MRS BPO, L.L.C.,    1930 Olney Avenue,    Cherry Hill, NJ 08003-2016
                                                                                              TOTALS: 0, * 3, ## 0

Addresses marked ‘+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
District/off: 0312-1          User: admin              Page 2 of 2                Date Rcvd: May 20, 2019
                              Form ID: 309A            Total Noticed: 42
```

***** BYPASSED RECIPIENTS (continued) *****

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 22, 2019                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 18, 2019 at the address(es) listed below:
NONE.                                                                                                    TOTAL: 0