UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

In Re:

Case No.:          _____

Adv. Pro. No.: _____

Chapter:            _____

Hearing Date:   _____

Judge:              _____

## ADJOURNMENT REQUEST

1.      I, _____,

☐      am the attorney for: _____,

☐      am self represented,

and request an adjournment of the following hearing for the reason set forth below.

Matter: _____

Current hearing date and time: _____

New date requested: _____

Reason for adjournment request: _____

_____

2.      Consent to adjournment:

☐  I have the consent of all parties.      ☐  I do not have the consent of all parties (explain below):

This request is to allow the trustee ample time to examine this estate.  No objections have yet been filed.

I certify under penalty of perjury that the foregoing is true.

Date: _____      _____
                                            Signature

**COURT USE ONLY:**

The request for adjournment is:

☐  Granted              New hearing date: _____      ☐  Peremptory

☐  Granted over objection(s)   New hearing date: _____      ☐  Peremptory

☐  Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

*new.9/23/15*

2