UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:                                              Case No.:        19-20072/ABA

Mark & Donnamarie Pantaleo                          Chapter:         7

                                                    Judge:           ABA

**NOTICE OF PROPOSED ABANDONMENT**

____JOSEPH D. MARCHAND____, ____TRUSTEE____ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| Address of the Clerk: | Clerk of the United States Bankruptcy Court |
| --- | --- |
| | U.S. Post Office & Court House |
| | PO Box 2067, 401 Market Street |
| | Camden, NJ  08101-2067 |

If an objection is filed, a hearing will be held before the Honorable ____Andrew B. Altenburg, Jr.____ on ____August 20, 2019____ at ____10:00____ a.m. at the United States Bankruptcy Court, Courtroom no. ____4B____. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

| Description and value of property: | Real Property: |
| --- | --- |
| | 3614 Lakeside Drive |
| | Williamstown, NJ |
| | FMV - $150,000.00 |

| Liens on property: | Select Portfolio - $ 340,592.00 |
| --- | --- |

| Amount of equity claimed as exempt: | $0.00 |
| --- | --- |

Objections must be served on, and requests for additional information directed to:

Name:            /s/ Joseph D. Marchand, Chapter 7 Trustee
Address:         117-119 West Broad Street, P.O. Box 298, Bridgeton, NJ 08302
Telephone No.:   (856) 451-7600

*rev.8/1/15*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:  Mark & Donnamarie Pantaleo

Case No.: 19-20072/ABA
Chapter: 7
Judge: ABA

**NOTICE OF PROPOSED ABANDONMENT**

JOSEPH D. MARCHAND, TRUSTEE in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:
Clerk of the United States Bankruptcy Court
U.S. Post Office & Court House
PO Box 2067, 401 Market Street
Camden, NJ 08101-2067

If an objection is filed, a hearing will be held before the Honorable Andrew B. Altenburg, Jr. on August 20, 2019 at 10:00 a.m. at the United States Bankruptcy Court, Courtroom no. 4B. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property:
Real Property:
54 Ardmore Avenue
Runnemede, NJ
FMV - $120,000.00

Liens on property: Mr. Cooper - $204,531.00

Amount of equity claimed as exempt: $0.00

Objections must be served on, and requests for additional information directed to:

Name: /s/ Joseph D. Marchand, Chapter 7 Trustee
Address: 117-119 West Broad Street, P.O. Box 298, Bridgeton, NJ 08302
Telephone No.: (856) 451-7600

*rev.8/1/15*

```
                          United States Bankruptcy Court
                               District of New Jersey
In re:                                                             Case No. 19-20072-ABA
Mark S. Pantaleo                                                   Chapter 7
Donnamarie Pantaleo
     Debtors
                              CERTIFICATE OF NOTICE
District/off: 0312-1          User: admin              Page 1 of 2              Date Rcvd: Jul 19, 2019
                              Form ID: pdf905          Total Noticed: 44


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 21, 2019.
db/jdb         +Mark S. Pantaleo,   Donnamarie Pantaleo,   54 Ardmore Avenue,   Runnemede, NJ 08078-1701
cr             +Transportation Services & Equip Holding LLC,   Hainesport Transportation Group LLC,
                 4002 Sylon Blvd.,   Hainesport, NJ 08036,   UNITED STATES 08036-3732
518252697     #+Allied Intersate, LLC,   2290 Agate Court,   Unit A1,   Simi Valley, CA 93065-1935
518252698      Apex Management, LLC,   2501 Oregon Pike,   Suite 102,   Lancaster, PA 17601-4890
518252699     +Barnsdale Associates, LLC,   221 W. Langhorne Avenue,   Bethlehem, PA 18017-3714
518252705      CARECENTRIX,   PO BOX 277947,   Atlanta, GA 30384-7947
518252706     +Chase Bank USA, N.A.,   PO Box 1280,   Oaks, PA 19456-1280
518252708     +Christopher T. Spadoni, Esquire,   PO Box 522,   1413 Easton Avenue,   Bethlehem, PA 18018-2618
518252709     +Cooper Medical,   3 Cooper Plaza,   Camden, NJ 08103-1439
518252713     +Karen M. Murray, Esquire,   4002 Sylon Boulevard,   Hainesport, NJ 08036-3732
518252714      Laboratory Corporation of America,   PO Box 2240,   Burlington, NC 27216-2240
518252720     +MRS BPO, L.L.C.,   1930 Olney Avenue,   Cherry Hill, NJ 08003-2016
518252716    #+McCalla Raymer Leibert Pierce, LLC,   99 Wood Avenue,   Iselin, NJ 08830-2713
518252717    #+Merchant Source, Inc.,   110 Jericho Turnpike,   Suite 212,   Floral Park, NY 11001-2019
518252718     +Monarch Recovery Management, Inc.,   3260 Tillman Drive, Suite 75,   Bensalem, PA 19020-2059
518252719     +Mr. Cooper,   8950 Cypress Waters Blvd.,   Coppell, TX 75019-4620
518265443     +Nationstar Mortgage LLC,   d/b/a Mr. Cooper,   KML Law Group, P.C.,
                 216 Haddon Avenue, Ste. 406,   Westmont, NJ 08108-2812
518252722     +Nationwide Financial,   One Nationwide Plaza,   1-11-401,   Columbus, OH 43215-2239
518252723     +Oxford Health Plans, Inc.,   c/o Andrew J. Selkow,   Morgan Bornstein & Morgan,
                 1236 Brace Road, Suite K,   Cherry Hill, NJ 08034-3229
518252724      Patsy Spadaflora,   9 Concourse Road,   Neptune, NJ 07753
518252725      Quality Asset Recovery, LLC,   PO Box 239,   Gibbsboro, NJ 08026-0239
518252726     +R&B Debris, LLC,   4002 Sylon Boulevard,   Hainesport, NJ 08036-3732
518252732     +TVT 2.0. LLC,   881 BAXTER DRIVE,   SUITE 100,   South Jordan, UT 84095-8506
518265837     +Transportation Services & Equipment, LLC,   Karen M. Murray, Esquire,   4002 Sylon Boulevard,
                 Hainesport, NJ 08036-3732
518252730     +Transportation Services & Equipment, LLC,   5900 Sylon Boulevard,   Hainesport, NJ 08036-8610
518252731     +Transunion Consumer Relations,   2 Baldwin Place,   PO Box 1000,   Chester, PA 19016-1000
518252733     +United Collection Bureau, Inc.,   5620 Southwyck Boulevard,   Suite 206,
                 Toledo, OH 43614-1501
518252734     +Vader Servicing,   5 West 37th Street,   2nd Floor,   New York, NY 10018-5385
518252736      WEX BANK,   PO BOX 6293,   Carol Stream, IL 60197-6293
518252735     +Weber Gallagher Simpson Stapleton Fires,   & Newby, LLP,   2000 Market Street   13th Floor,
                 Philadelphia, PA 19103-3204

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jul 20 2019 00:30:01      U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 20 2019 00:29:57      United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
518252700       E-mail/Text: info@chcollects.com Jul 20 2019 00:31:03      C&H Collection Services, Inc.,
                 PO Box 1399,   Merchantville, NJ 08109-0399
518252701      +E-mail/Text: bkdept@cancapital.com Jul 20 2019 00:26:25      CAN Capital Assert Servicing, Inc.,
                 2015 Vaughn Road,   Building 500,   Kennesaw,   Kennesaw, GA 30144-7831
518252702       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 20 2019 00:37:27      Capital One,
                 PO Box 6492,   Carol Stream, IL 60197-6492
518252704       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 20 2019 00:37:27
                 Capital One Services, LLC,   PO Box 30285,   Salt Lake City, UT 84130-0285
518252710       E-mail/PDF: creditonebknotifications@resurgent.com Jul 20 2019 00:38:26      Credit One Bank,
                 PO Box 60500,   City of Industry, CA 91716-0500
518252711      +E-mail/Text: bankruptcies@halstedfinancial.com Jul 20 2019 00:30:52
                 Halsted Financial Services, LLC,   PO Box 828,   Skokie, IL 60076-0828
518252712       E-mail/Text: cio.bncmail@irs.gov Jul 20 2019 00:29:14      Internal Revenue Service,
                 PO Box 931000,   Louisville, KY 40293-1000
518252715      +E-mail/Text: n.gong@mantisfunding.com Jul 20 2019 00:26:18      Mantis Funding, LLC,
                 64 Beaver Street,   #344,   New York, NY 10004-2508
518252727      +E-mail/Text: jennifer.chacon@spservicing.com Jul 20 2019 00:31:08
                 Select Portfolio Servicing,   3217 S. Decker Lake Drive,   Salt Lake City, UT 84119-3284
518253874      +E-mail/PDF: gecsedi@recoverycorp.com Jul 20 2019 00:38:08      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
518252728       E-mail/PDF: gecsedi@recoverycorp.com Jul 20 2019 00:37:18      Synchrony Bank,   PO Box 965004,
                 Orlando, FL 32896-5004
518252729       E-mail/PDF: gecsedi@recoverycorp.com Jul 20 2019 00:38:08      Synchrony Bank/Sam's Club,
                 PO Box 965004,   Orlando, FL 32896-5004
                                                                                              TOTAL: 14
```

```
District/off: 0312-1          User: admin              Page 2 of 2              Date Rcvd: Jul 19, 2019
                              Form ID: pdf905          Total Noticed: 44

            ***** BYPASSED RECIPIENTS (continued) *****

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518252703*       Capital One,    PO Box 6492,    Carol Stream, IL 60197-6492
518252707*      +Chase Bank USA, N.A.,    PO Box 1280,    Oaks, PA 19456-1280
518252721*      +MRS BPO, L.L.C.,    1930 Olney Avenue,    Cherry Hill, NJ 08003-2016
                                                                                      TOTALS: 0, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 21, 2019                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 19, 2019 at the address(es) listed below:
              David A. Thatcher    on behalf of Joint Debtor Donnamarie  Pantaleo
               dthatcher@thatcherpassarella.com
              David A. Thatcher    on behalf of Debtor Mark S. Pantaleo dthatcher@thatcherpassarella.com
              Denise E. Carlon    on behalf of Creditor    NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Joseph  Marchand     jdmarchand@comcast.net,    jmarchand@comcast.net;jmarchand@ecf.axosfs.com
              Karen M Murray    on behalf of Creditor    Transportation Services & Equip Holding LLC
               kmurray@murraynjlaw.com, kdilks@cvmlawoffices.com
              Kevin Gordon McDonald    on behalf of Creditor    NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER
               kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
              Phillip Andrew Raymond    on behalf of Creditor    Federal Home Loan Mortgage Corporation as
               Trustee for Seasoned Credit Risk Transfer Trust, Series 2016-1 as serviced by Select Portfolio
               Servicing, Inc. phillip.raymond@mccalla.com
              U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 8
```