Phillip Raymond
McCalla Raymer Leibert Pierce, LLC
485F US Highway 1 S, Suite 300
Iselin, NJ 08830
Telephone: (732) 902-5399
NJ_ECF_Notices@McCalla.com
Attorneys for Secured Creditor

**Order Filed on July 23, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br><br>Mark S. Pantaleo,<br>Donnamarie Pantaleo,,<br><br><br>Debtors. | Chapter 7<br><br>Case No. 19-20072-ABA<br><br>Hearing Date: July 23,2019 at 10:00a.m.<br><br>Judge: Andrew B. Altenburg Jr |

### ORDER VACATING AUTOMATIC STAY

The relief set forth on the following pages, number two (2) through two (2) is hereby

**ORDERED**

**DATED: July 23, 2019**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

| Debtor: | Mark S. Pantaleo and Donnamarie Pantaleo |
| --- | --- |
| Case No.: | 19-20072-ABA |
| Caption of Order: | **ORDER VACATING AUTOMATIC STAY** |

THIS MATTER having been opened to the Court upon the Motion to Vacate Automatic Stay filed by Federal Home Loan Mortgage Corporation as Trustee for Seasoned Credit Risk Transfer Trust, Series 2016-1 as serviced by Select Portfolio Servicing, Inc. ("Movant") for an Order vacating the automatic stay in effect pursuant to 11 U.S.C. § 362(a) and for good cause shown for the entry of this Order, it is hereby ordered that:

1. The automatic stay be and is hereby vacated under 11 U.S.C. § 362(d) to permit Movant, to institute or resume a mortgage foreclosure action in the Superior Court of New Jersey in order to pursue its rights in real property located at 3614 Lakeside Drive, Williamstown, NJ 08094;
2. Movant may join as defendants in said foreclosure action the Debtors and/or any trustee appointed in this case, irrespective of whether the Debtors' case converts to any other chapter of the Bankruptcy Code;
3. Movant may pursue any and all loss mitigation options with respect to the Debtors or the real property described above, including but not limited to repayment agreement, loan modification, short sale or deed-in-lieu of foreclosure.

United States Bankruptcy Court
District of New Jersey

In re:  
Mark S. Pantaleo  
Donnamarie Pantaleo  
    Debtors

Case No. 19-20072-ABA  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 1      Date Rcvd: Jul 24, 2019  
                       Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 26, 2019.  
db/jdb        +Mark S. Pantaleo,   Donnamarie Pantaleo,   54 Ardmore Avenue,   Runnemede, NJ 08078-1701

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                           TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 26, 2019                                                                 Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 24, 2019 at the address(es) listed below:

        David A. Thatcher   on behalf of Joint Debtor Donnamarie  Pantaleo dthatcher@thatcherpassarella.com  
        David A. Thatcher   on behalf of Debtor Mark S. Pantaleo dthatcher@thatcherpassarella.com  
        Denise E. Carlon   on behalf of Creditor   NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
        Joseph  Marchand   jdmarchand@comcast.net, jmarchand@comcast.net;jmarchand@ecf.axosfs.com  
        Karen M Murray   on behalf of Creditor   Transportation Services & Equip Holding LLC kmurray@murraynjlaw.com, kdilks@cvmlawoffices.com  
        Kevin Gordon McDonald   on behalf of Creditor   NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com  
        Phillip Andrew Raymond   on behalf of Creditor   Federal Home Loan Mortgage Corporation as Trustee for Seasoned Credit Risk Transfer Trust, Series 2016-1 as serviced by Select Portfolio Servicing, Inc. phillip.raymond@mccalla.com  
        U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov

                                                                                                                    TOTAL: 8